476 A.2d 103

Commonwealth v. Jones, Appellant.

 Submitted January 20, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.